(99 South. 158)

Ex parte Sarah E. CRYAR. (8 Div. 628.)

(Supreme Court of Alabama. Feb. 7, 1924.)

Certiorari to Court of Appeals.

J. A. Lusk, of Guntersville, for petitioner.

Orr & Killcrease, of Albertville, opposed.

BOULDIN, J. Petition of Sarah E. Cryar for certiorari to the Court of Appeals to review

and revise the judgment and decision there rendered in the case styled Cryar v. Ogle, 19 Ala. App. 493, 99 South. 157.

Writ denied.